UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:08-cr-128-T-23EAJ

JAMES A. BLACK
_____/

## ORDER
## ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Black moves (Doc. 48) to suppress evidence and the United States opposes the motion (Doc. 50). Pursuant to an order of referral, Magistrate Judge Elizabeth A. Jenkins conducted a hearing on the motion and issued a report and recommendation (Doc. 54). Black objected (Doc. 56) to the report and recommendation and the United States responded (Doc. 57).

An independent examination of the report, the objections, the response, and the balance of the record reveals that the magistrate judge's determination of the facts is supported by the evidence and her application of the law to the facts is without error. Black's objections (Doc. 56) are **OVERRULED**, the report and recommendation (Doc. 54) is **ADOPTED**, and Black's motion to suppress (Doc. 48) is **DENIED**.

ORDERED in Tampa, Florida, on August 28, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE